**Electronically Filed**
**Supreme Court**
**SCWC-11-0000641**
**13-APR-2015**
**11:51 AM**

SCWC-11-0000641

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

CINDY CHURAN KODAMA,
Petitioner/Plaintiff-Appellee,

vs.

ALAN HARUO KODAMA,
Respondent/Defendant-Appellant.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000641; FC-D NO. 08-1-2862)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Cindy Churan Kodama's

Application for Writ of Certiorari filed on March 17, 2015, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 13, 2015.

R. Steven Geshell
for petitioner

Peter Van Name Esser and
Edward R. Lebb
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

